In the Matter of the judicial settlement of the accounts of Hiram W. Babcock and others as administrators of Thomas Dunn, Jr.—Decree affirmed with costs to the respondents payable out of the estate. Opinion by Bradley, J.

Edward H. Avery, Respondent, v. J. Warren Mead, Appellant.—Judgment reversed and new trial ordered; costs to abide event. Opinion by Haight, J.

Aldice G. Warren as Receiver, etc., Appellants, v. Alanson Wilder and others, Respondents.—Judgment reversed and new trial ordered with costs to abide event, unless the parties stipulate within thirty days to modify the judgment in accordance with the views expressed in the opinion, in which case the judgment as so modified is affirmed, with costs of appeal to the plaintiff. Opinion by Smith, P. J.

Miles B. Riggs and others, Respondents, v. D. Rollo Warner, Appellant.—Judgment affirmed. Opinion by Bradley, J.

The People of the State of New York, Respondents, v. Antonio Minisci, Appellant.—Judgment and order affirmed, and proceedings remitted to the Oyer and Terminer of Monroe county. Opinion by Smith, P. J.

The People of the State of New York, Respondents, v. William Sanborn and Willie Sanborn, Appellants.—Judgment and conviction affirmed. Dissenting opinion by Barker, J.

Albina Ely, Respondents, v. Polly Padden, Appellant.—Judgment affirmed with costs. Opinion by Smith, P J.

Fritz Wagoner, Respondent, v. Lanson P. Stephens.—Order denying new trial affirmed. Haight, J., not sitting.

Edward L. Thomas, Plaintiff, v. The Montauk Fire Insurance Company, Defendants.—Motion for new trial granted; costs to abide event. Opinion by Haight, J.

James H. Hughes, Respondent, v. The United Pipe Lines, Appellant.—Judgment affirmed. Opinion by Haight, J.

Charles H. Turner, Appellant, v. George S. Field and others, Respondents.—Order denying new trial affirmed. Opinion by Smith, P. J.

George G. Moore, Appellant, v. George W. Batten, Respondent.—Judgment and order reversed, and new trial granted; costs to abide event. Opinion by Barker, J.

W. S. Simpson, Appellant, v. Moses A. Shaw, as surviving partner, etc., Respondent.

John Cathcart, Appellant, v. Same, Respondent.

First National Bank of Towanda, Appellant, v. Same, Respondent.—Portions of the order appealed from in each case reversed, and the further execution of the plaintiff's judgment stayed for ten days. Opinion by Bradley, J.; Haight, J., not sitting.